# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAROLD DAVIS,<br>632 San Fernando Avenue<br>Berkeley, CA 94707 | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: |
| | : | |
| DIAMOND MAGIC BVBA, | : | COMPLAINT AND JURY |
| Pelikaanstraat 78 | : | DEMAND |
| 2018 Antwerpen | | |
| BELGIUM, | : | |
| | : | |
| and, | : | |
| | : | |
| THE WEBSITE COMPANY, | : | |
| Veerstraat 65 | : | |
| 9031 Gent | : | |
| BELGIUM | : | |
| | : | |
| Defendants. | : | |
| | : | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, HAROLD DAVIS ("Davis" or "Plaintiff"), brings this complaint in the United

States District Court for the District of Columbia against DIAMOND MAGIC BVBA

("Diamond Magic"), and THE WEBSITE COMPANY ("Website Company") (together

"Defendants"), alleging as follows:

## PARTIES

1. Plaintiff is an internationally-known digital artist and award-winning professional

   photographer. Davis is also the author of many bestselling photography books including: *The*

*Way of the Digital Photographer* (Peachpit Press, awarded as a Best Photography Book of the Year by Photo.net); *Achieving Your Potential As a Photographer: A Photographer's Creative Companion and Workbook* (Focal Press); and *Photographing Flowers* (Focal Press, rated the Best Guide to Flower Photography by Digital Photographer Magazine).

2.  Plaintiff is a Moab Master printmaker and a Zeiss Lens Ambassador. Davis's photographs have been licensed by art publishers, corporations, and online and print publications throughout the world.

3.  Plaintiff's work has been exhibited in venues worldwide including but not limited to: Photokina (Cologne, Germany); PhotoPlus Expo (New York, New York); Weston Gallery (Carmel, CA); the Gallery Photo in (Oakland, California); the Arts & Friends Gallery (Heidelberg, Germany); and the Awagami Gallery (Tokushima, Japan).

4.  On information and belief, Diamond Magic is a Private Limited Liability Company existing under the laws of the Kingdom of Belgium, with headquarters in Antwerp, Belgium. Diamond Magic owns, operates, and is solely responsible for the content on its commercial website, www.meyers-watches.com.

5.  On information and belief, Website Company is a Private Limited Liability Company existing under the laws of the Kingdom of Belgium, with headquarters in Gent, Belgium. Website Company owns, operates, and is solely responsible for the content on its commercial website, www.thewebsitecompany.be.

## JURISDICTION AND VENUE

6.  This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

7.  This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal

    question); and 28 U.S.C. § 1338(a) (copyright).

8.  This Court has personal jurisdiction over Defendants, and venue in this District is proper

    under 28 U.S.C. § 1391(b), in that Defendants: (1) transacted business in the District of

    Columbia; (2) contracted to supply services in the District of Columbia; and (3) regularly

    does or solicits business, engages in persistent course of conduct, and derives substantial

    revenue from goods used or consumed, or services rendered, in the District of Columbia.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

9.  Plaintiff captured the photograph, "Pyramide" ("Copyrighted Photograph") on April 29,

    2013 in Paris, France. [Exhibit 1]. Plaintiff captured Copyrighted Photograph using great

    technical skill and careful timing, as well as significant time and energy.

10. On or about July 13, 2013, Plaintiff posted Copyrighted Photograph to

    www.flickr.com/photos/harold_davis/9277973027/in/photolist-FZsdz6-f8ERYx-f8S39c-

    nrWGcE-nse4ng (Last visited April 12, 2019). [Exhibit 2].

11. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on May

    17, 2016 (Registration No.: VA 2-010-613). [Exhibit 3].

12. Beginning on or about November 1, 2016, Defendants copied and posted Copyrighted

    Photograph to the Defendants' commercial websites www.meyers-watches.com (Last visited

    November 1, 2017) and www.thewebsitecompany.be (Last visited November 1, 2017).

13. Defendants posted Copyrighted Photograph to the following URL:

    •  www.meyers-watches.com (Last visited November 1, 2017). [Exhibit 4].

    •  www.meyers-watches.com/wp-content/uploads/2016/11/Pyramide-slide2-1.jpg (Last

       visited November 1, 2017). [Exhibit 5].

- www.thewebsitecompany.be/portfolio/webdesign/meyers-watches (Last visited November 1, 2017). [Exhibit 6].

14. On or about October 15, 2015, Defendants removed Copyrighted Photograph from the URL detailed in Paragraph 12.

15. Defendants copied and posted Copyrighted Photograph without license or permission from Plaintiff.

16. As of the date of this filing, Diamond Magic has failed to remove Copyrighted Photograph from the URL detailed in Paragraph 16. [Exhibit 5].

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

17. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

18. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid and complete Certificate of Copyright Registration by the Register of Copyrights.

19. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute Copyrighted Photograph to the public.

20. Plaintiff is informed and believes Defendants, without the permission or consent of Plaintiff, copied and used Copyrighted Photograph on Defendants' commercial websites, www.meyers-watches.com, and www.thewebsitecompany.be. In doing so, Defendants violated Plaintiff's exclusive rights of reproduction and distribution. Defendants' actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

21. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

22. As a result of Defendants' infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to statutory damages, including any profits realized by Defendants attributable to the infringement, pursuant to 17 U.S.C. § 504 for Defendants' infringement of Copyrighted Photograph.

## COUNT II: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202

23. Plaintiff is informed and believes that Defendants, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, provided copyright information management information that was false, as well as intentionally removed the copyright management information from Plaintiff's Copyrighted Photograph before displaying Copyrighted Photograph on Defendants' public websites, www.meyers-watches.com, and www.thewebsitecompany.be. In doing so, Defendants violated 17 U.S.C. § 1202(a)(1) and (b)(1).

24. As a result of Defendants' actions, Plaintiff is entitled to actual damages or statutory damages pursuant to 17 U.S.C. § 1203(c). Plaintiff is further entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

A. Declaring that Defendants' unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B.  Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C.  Ordering Defendants to account to Plaintiff for all gains, profits, and advantages derived by Defendants by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D.  Awarding Plaintiff actual and/or statutory damages for Defendants' copyright infringement in an amount to be determined at trial;

E.  Awarding Plaintiff his costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.  Awarding Plaintiff such other and further relief as is just and proper.

<u>JURY DEMAND</u>

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: October 20, 2019

___/s/__*David C. Deal*_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*

EXHIBIT 1



EXHIBIT 2



## EXHIBIT 3

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-010-613**
**Effective Date of Registration:**
May 17, 2016

**Title** _____

**Title of Work:** Group Registration Photos, Harold Davis, published January 1, 2013, to
December 30, 2013; 334 photos

**Content Title:** Post Auto

Old Bay Bridge Pylons

Old Tree Roots in a Temple Yard

Tail light

Dhyana Mudra

Tokyo Imperial Palace Moat

Imperial Moat

On the Highline, New York

White Chrysanthemum Japonicum at Giverny

Negative Space

Structure to Noise

Contemplation

Meditation

La Basilique du Sacré Cŏ"ur de Montmartre

Tulip

Red Tulips in a Glass Vase

Rose center curves

As Time Goes By

Panorama of the Kumano Sanzen Roppyaku Po

Distant Japanese Landscape

Panorama of the Kumano Sanzen Roppyaku Po

Page 1 of 12

ChÃ¢teau de Saumur

ChÃ¢teau de Saumur

Wall of Altered Anemones

Pyramide

Pyramide

Gargoyle

Mathew

Oak Tree Swing

Under the Oak Tree

Bolinas-Stinson Beach July 4 Tug of War Winners

Shadows

Salton Sea

Hedge Maze and Garden

Cactus in Glorieta Canyon

Hidden Valley

Sunset B

Sunset A

Sunset in the Headlands

Self Portrait with iPhone Fisheye-sm

Nicky on graduation day

Mathew

Katie Rose

Phyllis with iPhone and Fisheye lens

Door Knocker

Eiffel

Approaching Valmer

Broken Arrow

La Loire

iPhonographie de Paris

Sacre Couer

Place St-Sulpice

Page 6 of 12

EXHIBIT 4



EXHIBIT 5



EXHIBIT 6

